IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LANCE ALVIN COUBRY (JR) (1)<br>LANCELOT ALVIN COUBRY (2)<br>   AKA LANCE ALVIN COUBRY (SR) | CRIMINAL NO. 3:16-MJ-644-BK |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendants, Lance Alvin Coubry (Jr) and Lancelot Alvin Coubry (Sr), pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    _____ Crime of violence (18 U.S.C. §3156);

    _____ Maximum sentence life imprisonment or death

    _____ 10 + year drug offense

    _____ Felony, with two prior convictions in above categories

    \_\_\_X\_\_\_ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

    _____ Felony involving a minor victim

    \_\_\_X\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    _____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>   The Court should detain defendant because

there are no conditions of release which will reasonably assure (check one or both):

    __X__  Defendant's appearance as required

    __X__  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>   The United States will invoke the rebuttable presumption against defendant because (check one or both):

    ____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    _____  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    _____  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    _____  Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>   The United States requests the Court conduct the detention hearing,

    __X____  At first appearance

    _____  After continuance of _____ days (not more than 3).

DATED this 3rd day of August, 2016.

**Motion for Detention - Page 2**

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY

*/s/ P.J. Meitl*
P.J. Meitl
Assistant United States Attorney
Virginia Bar No. 73215
District of Columba Bar No. 502391
1100 Commerce Street, Third Floor
Dallas, Texas   75242
Telephone: 214.659.8680
Facsimile: 214.659.8812
philip.meitl@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 1st day of August 2016.

*/s/ P.J. Meitl*
P.J. MEITL
Assistant United States Attorney

Motion for Detention - Page 3